# CLARK HILL

Timothy R. Herman
T 312.985.5950
F 312.985.5574
Email: therman@clarkhill.com

Clark Hill PLC
130 East Randolph Street
Suite 3900
Chicago, IL 60601
T 312.985.5900
F 312.985.5999

clarkhill.com

February 20, 2018

**VIA PACER FILING**

Honorable Lynn Adelman
United States Courthouse, Room 364
517 East Wisconsin Avenue
Milwaukee, WI 53202

    Re:    *Energy Challenges, LLC v. Comantur, S.L., et al.*, 17-C-0137,
            United States District Court for the Eastern District of Wisconsin,
            Concurrence to Dismiss Action

Honorable Judge Adelman:

    Pursuant to your February 5, 2018 Order to Show Cause in the above-captioned matter, Defendants, Comantur, S.L. and Pablo Jesus Anton Sada's counsel contacted Plaintiff, Energy Challenges, LLC's counsel to determine if the matter could be dismissed by agreement of the parties. On February 20, 2018, counsel for Plaintiff, Coral D. Pleas, informed the undersigned counsel that she did not have authorization to submit a stipulation to dismiss without prejudice due to a lack of subject-matter jurisdiction.

    As a result, Defendants agree that this matter should be dismissed for lack of subject-matter jurisdiction and respectfully request that the above-captioned matter be dismissed. Thank you for your consideration.

                                      Very truly yours,

                                      CLARK HILL PLC

                                      Timothy R. Herman

TMC/trh
cc:    Coral D. Pleas, Esq.
        Daniel T. Graham, Esq.