# United States District Court

EASTERN DISTRICT OF WISCONSIN

ENERGY CHALLENGES, LLC,
    Plaintiff

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: 17-C-00137

COMANTUR, S.L. and
PABLO JESUS ANTON SADA,
    Defendants

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice for lack of subject-matter jurisdiction.

February 21, 2018
Date

Stephen C. Dries
Clerk

s/ G. Colletti
(By) Deputy Clerk